UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EURAL WILLS II,<br><br>Defendant. | Case No: CR 94-00007 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 235 |

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's Motion for Remission of Fine and Restitution or Adjust the Payment Schedule (Dkt. 235) by no later than November 11, 2013. If Defendant desires to file a reply, he shall do so by no later than November 25, 2013. The Court will take the matter under submission as of the date the reply is due.

IT IS SO ORDERED.

Dated: October 21, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge